BEULAH ROUSE, an Infant, by Guardian, Appellant, *v.* THE CATSKILL AND NEW YORK STEAMBOAT COMPANY (Limited), Respondent.

(Argued May 26, 1892; decided June 14, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 5, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*J. Rider Cady* for appellant.

*Emory A. Chase* for respondent.

Agree to affirm on opinion below.
All concur, except FINCH, J., not voting.
Judgment affirmed.